1  Michael A. Hurwitz, Esq. SB No. 095185
   LAW OFFICES OF MICHAEL A. HURWITZ
2  P.O. Box 90036
   San Jose, CA  95109-3036
3  Telephone:  (408) 283-6850
   Facsimile: (408) 283-6854
4  Email: mahlaw@sbcglobal.net

5  Attorney for Defendant John Schatz, M.D.

6                    IN THE UNITED STATED DISTRICT COURT

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                              SAN FRANCISCO DIVISION

9
   GARY CASSANO;                        )    CASE NO.    C 14-1368 WHA (PR)
10                                       )
              Plaintiff,                 )    **STIPULATION AND** ~~PROPOSED~~ **ORDER**
11                                       )    **DISMISSING COMPLAINT AND EACH OF**
       vs.                               )    **ITS CLAIMS WITH PREJUDICE AS TO**
12                                       )    **ONLY DEFENDANT JOHN SCHATZ, M.D.**
   ROBERT WLADAREZYK, JOHN               )
13 SCHATZ, M.D. et al.                   )
   JANE and JOHN DOES 1 - 10             )
14                                       )
              Defendants.                )    Hon. Judge William Alsup
15 _____       )    United States District Judge

16         Plaintiff Gary Cassano on one hand, and Defendant John Schatz, M.D. [through John Schatz,

17 M.D.'s counsel of record, Michael A. Hurwitz] on the other hand, hereby stipulate [agree] to an Order

18 of this Court dismissing only Defendant John Schatz, M.D., with prejudice [permanently and forever]

19 from the Complaint and all Claims that Plaintiff Gary Cassano has filed herein.

20         Plaintiff Gary Cassano understands that by signing this dismissal, **he is permanently and**

21 **forever giving up his entire alleged complaint and all alleged claims against Defendant John**

22 **Schatz, M.D.**, but he is not giving up any other claims he has alleged.  Each of these parties [Mr.

23 Cassano & Dr. Schatz] agrees to bear [be responsible for] their own costs and attorneys fees, if any,

24 and forever waives [gives up] such claims against the other party.  Plaintiff Gary Cassano and John

25 Schatz, M.D. additionally agree that as to each other only, these parties fully and mutually waive [give

26 up] any and all claims to any statutory fees and/or costs that might be recovered in an alleged civil

27 rights claim, under any other statutory claim, or based on any law, rule, statute and/or decision.

28         Plaintiff Gary Cassano represents that he has considered this carefully and is making this

1  stipulation [agreement] to permanently and forever dismiss Dr. Schatz based on his independent
2  decision, and without reliance on any opposing party and/or their counsel.

3      The undersigned counsel hereby states that he will have on file the original signatures
4  indicated by the electronically transmitted signatures that will be electronically filed with this Court.

5      It is so stipulated and respectfully submitted to the Court by these parties for consideration and
6  approval of the below Order.

7  Dated: 2 22, 2015      **LAW OFFICES OF MICHAEL A. HURWITZ**

By: _____
Michael A. Hurwitz
Counsel for John Schatz, M.D.
Defendant, and on behalf of
Defendant John Schatz, M.D.

13  Dated: 2/6/15, 2015      By: _____
Plaintiff Gary Cassano
In Pro Se [Representing Himself]

### ORDER

17      As stipulated above, it is hereby ordered that the entire Complaint and all claims are hereby
18  dismissed with prejudice against Defendant John Schatz, M.D. only, and that Defendant John Schatz,
19  M.D. and Plaintiff Gary Cassano shall each bear their own costs and attorneys fees, if any, and that
20  these parties have each waived any and all costs and attorneys fees as to each other, including but not
21  limited to any statutory fees and/or costs that might be recovered in an alleged civil rights claim,
22  under any other statutory claim, or based on any law, rule, statute and/or decision.

23  IT IS SO ORDERED.

25  Dated: April 13, 2015      _____
The Honorable William Alsup
United States District Court Judge

Cassano v. Wlodarczyk, D.O., et al    Stipulation and Proposed Order Dismissing the Complaint    Case No. C 14-1368 WHA (PR)
And Each of Its Claims With Prejudice As to Only Defendant John Schatz, M.D.

2